IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN MAAS**                                                                               **PLAINTIFF**

V.                                                          **CAUSE NO. 1:11CV287-LG-RHW**

**CONNIE MORAN; RICK BENWARD;
THE CITY OF OCEAN SPRINGS; and
JOHN DOES 1-15**                                                **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgments [36, 38] filed by Defendant City of Ocean Springs and Defendants Connie Moran and Rick Benward, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of August, 2013.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  CHIEF U.S. DISTRICT JUDGE